No. 1913. EL PUEBLO, APELADO, *v.* LLORENS, APELANTE.— Corte de Distrito de Mayagüez. Infracción de la sección 61 de la ley de arbitrios. Resuelto en abril 27, 1922. No existe pliego de excepciones ni relación de hechos y tampoco se ha radicado alegato y no apareciendo de los autos error fundamental alguno, se confirma la sentencia.

No. 1917. EL PUEBLO, APELADO, *v.* RAMOS, APELANTE.— Corte de Distrito de Arecibo. Acometimiento y agresión simple. Resuelto en abril 28, 1922. No existe pliego de excepciones ni relación de hechos y tampoco se ha radicado alegato y no apareciendo de los autos error fundamental alguno, se confirma la sentencia.

No. 1914. EL PUEBLO, APELADO, *v.* RODRÍGUEZ, APELANTE. Corte de Distrito de Mayagüez. Delito contra la salud. Resuelto en abril 28, 1922. No existe pliego de excepciones ni relación de hechos y tampoco se ha radicado alegato y no apareciendo de los autos error fundamental alguno, se confirma la sentencia.

No. 2591. BERRÍOS, APELADO *v.* LÓPEZ, APELANTE.—Corte de Distrito de San Juan, Primer Distrito. Resuelto en mayo 4, 1922. Vista la moción de desistimiento de apelación presentada por el apelante, se le tiene por desistido de las apelaciones contra la sentencia de 11 de julio y resolución de 6 de octubre 1921.

No. 1926. EL PUEBLO, APELADO, *v.* RIVERA, APELANTE.— Corte de Distrito de San Juan, Segundo Distrito. Acometimiento y agresión grave. Resuelto en mayo 8, 1922. No existiendo pliego de excepciones ni relación de hechos sin haberse radicado alegato y no apareciendo de los autos error fundamental alguno, se confirma la sentencia.